IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DEBORAH ANN DEXTER-KING,

      Petitioner,

v.

NANCY HOWTON, Superintendent,
Coffee Creek Correctional Facility,

      Respondent.

Civil No. 10-103-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal of Habeas Corpus Petition (#25) is GRANTED.

    IT IS SO ORDERED.

    DATED this 16th day of February, 2011.

                                    /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge

1 - ORDER -