IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DEBORAH ANN DEXTER-KING,

      Petitioner,

   v.

NANCY HOWTON, Superintendent,
Coffee Creek Correctional Facility,

      Respondent.

Civil No. 10-103-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this _16ᵗʰ_ day of February, 2011.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT -